IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

      Plaintiff,                    No. CIV S-11-0192 EFB P

      vs.

DR. TOFT, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 25, 2011, plaintiff requested an extension of time to file a completed application to proceed in forma pauperis. *See* Fed. R. Civ. P. 6(b). The same day, the court received plaintiff's in forma pauperis application. Dckt. No. 9. Accordingly, the motion for extension of time is moot.

      Plaintiff's in forma pauperis application makes the showing required by 28 U.S.C. § 1915(a)(1) and (2), and the court will therefore grant plaintiff leave to proceed in forma pauperis. Accordingly, by separate order, the court directs the agency having custody of plaintiff to collect and forward the appropriate monthly payments for the filing fee as set forth in 28 U.S.C. § 1915(b)(1) and (2). The court will screen plaintiff's complaint under 28 U.S.C. § 1915A in due course.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's February 25, 2011 motion for extension of time is denied as moot;

2. Plaintiff's request to proceed in forma pauperis is granted; and

3. Plaintiff shall pay the statutory filing fee of $350. All payments shall be collected in accordance with the notice to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

DATED: March 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE