IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

    Plaintiff,                     No. CIV S-11-0192 MCE EFB P

    vs.

TOFT, et al.,

    Defendants.             ORDER

_____/

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to file and serve an opposition to defendant Blum's motion for summary judgment.  *See* Fed. R. Civ. P. 6(b).

Plaintiff's January 26, 2012 and February 1, 2012 requests are granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to the motion for summary judgment. If plaintiff is denied access to the law library after following appropriate procedures to access it, and requires more time to file his opposition brief, he may file another request for an extension of time indicating what efforts he has made to access the library and who has prevented him from doing so.

So ordered.

DATED: February 13, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE