1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ANTHONY JONES,

12              Plaintiff,              No. 2:11-cv-00192 MCE EFB P

13        vs.

14  TOFT, et al.,

15              Defendants.             ORDER

16  _____/

17              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20              On September 4, 2012, the magistrate judge filed findings and recommendations

21  herein (ECF No. 83) which were served on all parties and which contained notice to all parties

22  that any objections to the findings and recommendations were to be filed within fourteen days.

23  Both parties filed objections to the findings and recommendations.

24              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local

25  Rule 304, this Court has conducted a de novo  review of this case.

26  ///

1

Having carefully reviewed the entire file, including obections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 83) filed September 4, 2012, are ADOPTED IN FULL; and

2.  Defendant Blum's January 13, 2012, motion for summary judgment (ECF No. 47) and Defendant Toft's January 27, 2012, motion for summary judgment (ECF No. 57) are DENIED WITHOUT PREJUDICE to the filing of new summary judgment motions as provided in the magistrate judge's findings and recommendations within 30 days of this order.

Dated:  September 25, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE