IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

       Plaintiff,                     No. 2:11-cv-00192 MCE EFB P

    vs.

TOFT, et al.,

       Defendants.             <u>ORDER</u>

_____ /

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On September 4, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 83) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Both parties filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.

///

1

Having carefully reviewed the entire file, including obections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations (ECF No. 83) filed September 4, 2012, are ADOPTED IN FULL; and

        2.  Defendant Blum's January 13, 2012, motion for summary judgment (ECF No. 47) and Defendant Toft's January 27, 2012, motion for summary judgment (ECF No. 57) are DENIED WITHOUT PREJUDICE to the filing of new summary judgment motions as provided in the magistrate judge's findings and recommendations within 30 days of this order.

Dated: September 25, 2012

                           MORRISON C. ENGLAND, JR.
                           UNITED STATES DISTRICT JUDGE