IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

      Plaintiff,                        No. 2:11-cv-00192 MCE EFB P

      vs.

TOFT, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding without counsel in this civil rights action. 42 U.S.C. § 1983. On November 7 and 14, 2012, plaintiff requested that the court direct the United States Marshal to serve subpoenas duces tecum on Diagnostic Radiological Imaging Dri Scripps, the Sacramento Sheriff's Department, and Mercy San Juan Medical Center. Dckt. Nos. 102, 103. Plaintiff provided the subpoenas to the court on December 17, 2012. The court has granted plaintiff's request to order service of the subpoenas by the Marshal without prepayment of costs.

      Accordingly, the Clerk of the Court is directed to forward the attached subpoenas to the United States Marshal, who is directed to serve such subpoenas without prepayment of costs.

DATED: January 4, 2013.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE