# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

        Plaintiff,                  No. 2:11-cv-00192 MCE EFB P

    vs.

TOFT, et al.,                       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Defendants.
_____/

      Anthony Jones, CDCR #AD-3772, is confined in Kern Valley State Prison, Delano, California, in the custody of Warden Martin Biter. The court requires the presence of this inmate for a physical examination by a court-appointed neutral expert. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom 8, United States Courthouse, 501 I Street, Sacramento, California on April 12, 2013, at 12:00 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear in United States District Court at the time and place above for a physical examination, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve courtesy copies of this order and writ of habeas corpus ad testificandum on:

          a. The Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671 and

          b. Dr. Willard E. Fee, Jr., Stanford Hospital Otolaryngology, 875 Blake Wilbur Dr Clinic B, Stanford, CA 94305-5820.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, Kern Valley State Prison:**

      **WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 25, 2013.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE