IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

      Plaintiff,                    No. 2:11-cv-0192 MCE EFB P

    vs.

TOFT, et al.,

      Defendants.           ORDER

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 22, 2013, the court appointed Dr. Willard Fee as a neutral expert to assist the court under Federal Rule of Evidence 706. Dckt. No. 122. The court directed Dr. Fee to review relevant records and perform an examination of plaintiff. *Id.*

        Counsel for defendants Blum and Toft have requested to be allowed to attend the examination, scheduled for April 12, 2013 at 12:00 p.m. in Courtroom 8. Dckt. Nos. 126, 127. Plaintiff has filed no opposition. The court will grant the requests. Defense counsel may attend and observe the exam but may not participate.

        So ordered.

Dated: April 11, 2013.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE