IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

        Plaintiff,                    No. 2:11-cv-0192 MCE EFB P

    vs.

TOFT, et al.,

        Defendants.         ORDER

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 22, 2013, the court appointed Dr. Willard Fee as a neutral expert to assist the court under Federal Rule of Evidence 706. Dckt. No. 122. The court directed Dr. Fee to review relevant records and perform an examination of plaintiff. *Id.*

      Defense counsel has provided the court with courtesy copies of a compact disc containing radiological images of plaintiff obtained from Mercy San Juan Medical Center. The Clerk of Court is directed to mail one compact disc and one declaration from the custodian of records to plaintiff at his address of record and to Dr. Fee at 3705 Brandy Rock Way, Redwood City, CA, 94061.

      So ordered.

Dated: April 19, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE