IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

      Plaintiff,                    No. 2:11-cv-0192 MCE EFB P

    vs.

TOFT, et al.,

      Defendants.            <u>ORDER</u>

    Plaintiff is a prisoner proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested that the court direct the U.S. Marshal to serve a subpoena duces tecum on Diagnostic Radiological Imaging Dri Scripps ("DRI Scripps"). The court has granted plaintiff's request to order service of the subpoenas by the Marshal without prepayment of costs.

    Although the Marshal has succeeded in serving DRI Scripps with the original subpoena, that entity has not responded to the subpoena. Accordingly, the Clerk is directed to forward the attached subpoena to the United States Marshal, who is directed to immediately serve such subpoena without prepayment of costs.

    So ordered.

DATED: April 22, 2013.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE