UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES, | No. 2:11-cv-192-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| TOFT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations. On March 26, 2014, this Court adopted the findings and recommendations and granted defendants' motions for summary judgment. On March 28, 2014, plaintiff filed objections to the findings and recommendations.

In an abundance of caution, the Court will vacate the March 26, 2014 order adopting the findings and recommendations and reconsider them in light of plaintiff's objections. See Fed. R. Civ. P. 59(e) and 60(b).

1

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

2 court has conducted a <u>de novo</u> review of this case, including plaintiff's objections to the findings

3 and recommendations of the magistrate judge. Having carefully reviewed the entire

4 file, the court finds the findings and recommendations to be supported by the record and by

5 proper analysis.

6       Accordingly, IT IS HEREBY ORDERED that that the order entered on March 26, 2014

7 (ECF No. 165) adopting in full the findings and recommendations, granting defendants' motions

8 for summary judgment and entering judgment in their favor is CONFIRMED.

9 Dated: May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT